IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELMORE PALMER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 06-321 |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

**O R D E R**

Before the Court is the request of counsel to approve a settlement of this case as agreed following a settlement conference of December 12, 2006. Counsel have submitted and I have reviewed the "General Release and Settlement Agreement" executed by plaintiff Elmore Palmer, his attorney-in-fact Peter Gonzales and his litigation attorney Paul Messing. I have also reviewed Mr. Messing's affidavit of January 12, 2007. I also take into account my full participation as a settlement judge at the conference of December 12, 2006 at which time I gained a substantial familiarity with the facts and circumstances underlying the claims and defenses of this case.

I accept as fact the information presented in Mr. Messing's affidavit and I conclude that the settlement reached was fair and reasonable and in the interest of both parties. It is approved.

BY THE COURT:

  s/David R. Strawbridge
DAVID R. STRAWBRIDGE
United States Magistrate Judge